UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 07 B 05929
    DANIEL J LEE
                                    CHAPTER 13

                                    JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3656
```

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 04/03/2007 and was not confirmed.

    The case was dismissed without confirmation 08/23/2007.
----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| R&R COUNTRY | SECURED NOT I | .00 | .00 | .00 |
| CITY OF DES PLAINES | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 4400.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 592.30 | .00 | .00 |
| RSKMGTCOR | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 231.38 |

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 231.38 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | 231.38 |
| TOTALS | 231.38 | 231.38 |

            PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05929 DANIEL J LEE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE